AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11613486

**RECEIVED**
By USMS District of Columbia District Court at 4:06 pm, May 15, 2025

United States of America
v.
Kiyiel Kearney

)
)
)
)
)
)

Case: 1:25-mj-00085
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/15/2025
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kiyiel Kearney ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) — Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year;

Date: 05/15/2025

*Issuing officer's signature*

City and state: WASHINGTON, DC

G. Michael Harvey, U.S. MAGISTRATE JUDGE
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |